UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

EISENBERG, GOLD & AGRAWAL, P.C.
Janet L. Gold, Esquire
Andrew L. Unterlack, Esquire
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
Tel: (856) 330-6200
Fax: (856) 330-6207
Email: jgold@egalawfirm.com
       aunterlack@egalawfirm.com
Attorney's for Creditor, IL Lending, LLC
File No.: IF-149-G

**Order Filed on July 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SUPREME HOLDINGS, LLC,

Debtor.

Case No.:        21-13936-VFP

Hearing Date:    6/29/2021

Judge:           Vincent F. Papalia

Chapter:         7

Recommended Local Form:     ☒  Followed     ☐  Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 1, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____ IL Lending, LLC _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated and annulled, effective as of June 1, 2021, to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

1836 Route 565, Glenwood, NJ 07418

❏ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor, co-debtor, and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code or alternate filing by co-debtor under any chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*